[No. 6564-5-I.   Division One.   September 15, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. BURELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, Nos. 7518, 7519, Dennis J. Britt, J., entered February 4, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold and Durham–Divelbiss, JJ.

[No. 7759-7-I.   Division One.   September 15, 1980.]

LOIS LAMB, *Appellant,* v. JOHN KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-2-03553-0, John F. Wilson, J., entered June 1, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold and Durham–Divelbiss, JJ.

[No. 8132-2-I.   Division One.   September 15, 1980.]

WEST COAST LUMBER OPERATIONS COMPANY, INC., *Respondent,* v. E. A. NORD COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-2-02123-5, Dennis J. Britt, J., entered October 28, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Callow, C.J., and Ringold, J.